**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––

**No. 02-1286**

––––––––––

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARRY C. WELDON,

Defendant - Appellant.

––––––––––

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Terrence W. Boyle, Chief District Judge. (CA-00-21-2-BO(2))

––––––––––

Submitted: April 25, 2002          Decided: May 6, 2002

––––––––––

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

––––––––––

Affirmed by unpublished per curiam opinion.

––––––––––

Larry C. Weldon, Appellant Pro Se. Annette Marie Wietecha, Lawrence P. Blaskopf, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

––––––––––

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry C. Weldon appeals the district court's order granting summary judgment to the United States on its action seeking to reduce to judgment tax assessments made for years 1982, 1983, 1984, 1986, 1989, and 1990. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Weldon</u>, No. CA-00-21-2-BO(2) (E.D.N.C. Feb. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>